| | |
|---|---|
| Debtor 1 | John Marvin Brown |
| Debtor 2 | |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case Number | 18-40887 |

## Official Form 4100R
# Response to Notice of Final Cure

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1714

**Property address:** 3420 SW PLASS AVE

TOPEKA, KS 66611

## Part 2: Prepetition Default Payments

*Check one*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining as of the date of this response is: $

## Part 3: Postpetition Mortgage Payments

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____

MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due | (a) | $7,446.63 |
| b. Total fees, charges, expenses, escrow, and costs outstanding. | (b) | $0.00 |
| c. **Total.** Add lines | (c) | $7,446.63 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 09/01/2021

MM / DD / YYYY

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;

- all fees , costs, escrow, and expenses assessed to the mortgage; and

- all amounts the creditor contends remain unpaid.

| **Part 5** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/  David V. Noyce                                      Date _____

Print:  David V. Noyce                                      Title  Attorney for the Creditor
      First Name      Middle Name      Last Name

Company  Marinosci Law Group, P.C.

Address  11111 Nall Avenue, Ste. 104
      Number      Street
      Leawood, KS 66211
      City      State      ZIP Code

Contact phone  913-800-2021                                Email  BKinquiries@mlg-defaultlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on the Debtor via United States Mail at the address listed on PACER, and to the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via CM/ECF on       .

John Marvin Brown
3420 SW Plass Ave.
Topeka, KS 66611

                                        Marinosci Law Group, P.C.
                                        */s/ David V. Noyce*
                                        Email: BKinquiries@mlg-defaultlaw.com
                                        ATTORNEYS FOR CREDITOR



| | | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|
| Date | P&I | Escrow | TOTAL | Reference | |
| 08/01/18 | 328.04 | 326.73 | 654.77 | | |
| 06/01/19 | 328.04 | 325.27 | 653.31 | | |
| 06/01/20 | 328.04 | 343.14 | 671.18 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |
| | | | 0.00 | | |

Trustee paid all

| Loan# | |
|---|---|
| Borrower: | John Brown |
| Date Filed: | 07/20/18 |
| BK Case # | 18-40887 |
| First Post Petition Due Date: | 08/01/18 |
| POC covers: | 01/01/2018-07/01/2018 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | $0.00 | | | $0.00 |
| | | | | | | | | $0.00 |
| 10/04/18 | $285.62 | | | | $285.62 | $285.62 | | $285.62 |
| 10/16/18 | $654.77 | post | 8/1/18 | $654.77 | $0.00 | | | $285.62 |
| 11/14/18 | $654.77 | post | 9/1/18 | $654.77 | $0.00 | | | $285.62 |
| 11/14/18 | $436.50 | post | 10/1/18 | $654.77 | -$218.27 | | $218.27 | $67.35 |
| 12/11/18 | $654.77 | post | 11/1/18 | $654.77 | $0.00 | | | $67.35 |
| 12/11/18 | $3.95 | Gap Pmt | | | $3.95 | | | $67.35 |
| 12/11/18 | $55.95 | Gap Pmt | | | $55.95 | $55.95 | | $123.30 |
| 01/10/19 | $413.81 | Gap Pmt | | | $413.81 | $413.81 | | $537.11 |
| 01/10/19 | $22.69 | Gap Pmt | | | $22.69 | | | $537.11 |
| 02/15/19 | $873.04 | post | 12/01/2018-1/1/2019 | $1,309.54 | -$436.50 | | $436.50 | $100.61 |
| 02/15/19 | $7.44 | Gap Pmt | | | $7.44 | | | $100.61 |
| 02/15/19 | $112.36 | Gap Pmt | | | $112.36 | $112.36 | | $212.97 |
| 03/13/19 | $436.50 | | | | $436.50 | $436.50 | | $649.47 |
| 04/12/19 | $654.77 | post | 2/1/19 | $654.77 | $0.00 | | | $649.47 |
| 04/12/19 | $218.27 | post | 3/1/19 | $654.77 | -$436.50 | | $436.50 | $212.97 |
| 04/12/19 | $113.30 | Gap Pmt | | | $113.30 | $113.30 | | $326.27 |
| 04/12/19 | $6.50 | Gap Pmt | | | $6.50 | | | $326.27 |
| 05/08/19 | $386.50 | post | 4/1/19 | $654.77 | -$268.27 | | $268.27 | $58.00 |
| 06/13/19 | $921.58 | post | 5/1/19 | $654.77 | $266.81 | | | $58.00 |
| 06/13/19 | $65.70 | Gap Pmt | | | $65.70 | $65.70 | | $123.70 |
| 06/13/19 | $5.56 | Gap Pmt | | | $5.56 | | | $123.70 |
| 07/11/19 | $436.50 | | | | $436.50 | $436.50 | | $560.20 |
| 08/13/19 | $653.31 | post | 6/1/19 | $653.31 | $0.00 | | | $560.20 |
| 08/13/19 | $216.81 | post | 7/1/19 | $653.31 | -$436.50 | | | $560.20 |
| 09/11/19 | $653.31 | post | 8/1/19 | $653.31 | $0.00 | | | $560.20 |
| 09/11/19 | $176.58 | Gap Pmt | 9/1/19 | $653.31 | -$476.73 | | $476.73 | $83.47 |
| 09/11/19 | $7.50 | Gap Pmt | | | $7.50 | | | $83.47 |
| 10/11/19 | $436.50 | | | | $436.50 | $436.50 | | $519.97 |
| 11/13/19 | $653.31 | post | 9/1/19 | $653.31 | $0.00 | | | $519.97 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/13/19 | $216.81 | post | 10/1/19 | $653.31 | -$436.50 | | $436.50 | $83.47 |
| 11/13/19 | $119.18 | Gap Pmt | | | $119.18 | $119.18 | | $202.65 |
| 11/13/19 | $3.54 | Gap Pmt | | | $3.54 | | | $202.65 |
| 12/11/19 | $653.31 | post | 11/1/19 | $653.31 | $0.00 | | | $202.65 |
| 12/11/19 | $60.09 | Gap Pmt | | | $60.09 | $60.09 | | $262.74 |
| 12/11/19 | $1.27 | Gap Pmt | | | $1.27 | | | $262.74 |
| 01/09/20 | $653.31 | post | 12/1/19 | $653.31 | $0.00 | | | $262.74 |
| 01/09/20 | $60.34 | Gap Pmt | | | $60.34 | $60.34 | | $323.08 |
| 01/09/20 | $1.02 | Gap Pmt | | | $1.02 | | | $323.08 |
| 02/18/20 | $653.31 | post | 1/1/20 | $653.31 | $0.00 | | | $323.08 |
| 02/18/20 | $0.77 | Gap Pmt | | | $0.77 | | | $323.08 |
| 02/18/20 | $98.50 | gap Pmt | | | $98.50 | $98.50 | | $421.58 |
| 03/12/20 | $653.31 | post | 2/1/20 | $653.31 | $0.00 | | | $421.58 |
| 03/12/20 | $0.36 | Gap Pmt | | | $0.36 | | | $421.58 |
| 03/12/20 | $86.11 | Gap Pmt | | | $86.11 | $86.11 | | $507.69 |
| 03/12/20 | $133.22 | pre | | | $133.22 | | | $507.69 |
| 04/10/20 | $653.31 | post | 3/1/20 | $653.31 | $0.00 | | | $507.69 |
| 04/10/20 | $219.69 | pre | | | $219.69 | | | $507.69 |
| 05/13/20 | $118.79 | | | | $118.79 | $118.79 | | $626.48 |
| | | | | | $0.00 | | | $626.48 |
| 09/14/20 | $671.18 | Post | 4/1/20 | $653.31 | $17.87 | $17.87 | | $644.35 |
| 09/14/20 | $671.18 | Post | 5/1/20 | $653.31 | $17.87 | | | $644.35 |
| 09/14/20 | $171.39 | Gap Pmt | 6/1/20 | $671.18 | -$499.79 | | $499.79 | $144.56 |
| 09/14/20 | $24.45 | Gap Pmt | | | $24.45 | | | $144.56 |
| 10/15/20 | $671.18 | Post | 7/1/20 | $671.18 | $0.00 | | | $144.56 |
| 10/15/20 | $7.43 | GAP pmt | | | $7.43 | | | $144.56 |
| 10/15/20 | $601.19 | Gap Pmt | 8/1/20 | $671.18 | -$69.99 | | $69.99 | $74.57 |
| 11/17/20 | $671.18 | Post | 9/1/20 | $671.18 | $0.00 | | | $74.57 |
| 11/17/20 | $4.93 | Gap Pmt | | | $4.93 | | | $74.57 |
| 11/17/20 | $177.09 | GAP pmt | | | $177.09 | $177.09 | | $251.66 |
| 12/14/20 | $110.00 | | | | $110.00 | $110.00 | | $361.66 |
| 03/22/21 | $241.69 | | | | $241.69 | $241.69 | | $603.35 |



| | PAYMENT CHANGES | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 05/01/21 | 328.04 | 343.14 | 671.18 | |
| 10/01/21 | 328.04 | 287.91 | 615.95 | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Loan# | |
|---|---|
| Borrower: | Brown |
| Date Filed: | 07/20/18 |
| BK Case # | 18-40887 |
| First Post Petition Due Date: | 05/01/21 |
| POC covers: | $0 -MOD- |
| MOD EFFECTIVE DATE: | 05/01/21 |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance |
|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | $0.00 | | | $0.00 |
| | | | MOD adj. done and loan was due for 9/1/2021 | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| 09/30/21 | $300.00 | post | NSF | | $300.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |
| DUE | | post | 9/1/21 | $671.18 | -$671.18 | | | $0.00 |
| DUE | | post | 10/1/21 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 11/1/21 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 12/1/21 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 1/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 2/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 3/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 4/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 5/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 6/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 7/1/22 | $615.95 | -$615.95 | | | $0.00 |
| DUE | | post | 8/1/22 | $615.95 | -$615.95 | | | $0.00 |
| | | | | | $0.00 | | | $0.00 |